AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JEFFREY J. ROCK

**APPEARANCE**

Case Number: CR 07 121-03ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT JEFFREY J. ROCK

I certify that I am admitted to practice in this court.

9/25/2007
Date

/s/ C. Leonard O'Brien
Signature

C. Leonard O'Brien
Print Name

1886
Bar Number

101 Dyer Street
Address

Providence
City

RI
State

02903
Zip Code

(401) 751-5090
Phone Number

(401) 751-5096
Fax Number