# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-01572-DUTY All Defendants

Case title: USA v. Rock

Date Filed: 09/20/2007

---

Assigned to: Duty Magistrate Judge

**Defendant**

**Jeffrey John Rock** (1)
*also known as*
Gavin Kane (1)

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

Defendant in violation of 18:371, 545.

---

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 09/20/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jeffrey John Rock, originating in the District of Rhode Island. Defendant charged in violation of: 18:371, 545. Signed by agent William Crawford, FDA/OCI, Special Agent. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jeffrey John Rock; defendants Year of Birth: 1973; date of arrest: 9/20/2007. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 3 | Defendant Jeffrey John Rock arrested on warrant issued by the USDC District of Rhode Island at Providence. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Margaret A. Nagle as to Defendant Jeffrey John Rock Defendant arraigned and states true name is as charged. Attorney: Anthony Eaglin, DFPD, appointed for this appearance only. Court orders bail set as: Jeffrey John Rock (1) $10,000 unsecured appearance bond, SEE BOND FOR ADDITIONAL TERMS AND CONDITIONS. Court orders defendant held to answer to District of Rhode Island. Bond to Transfer. Defendant ordered to report on or before 2:00 PM on 10/10/07 in the Clerks Office. Court Smart: CS 09/20/07. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 5 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Jeffrey John Rock conditions of release: $10,000 Unsecured Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS approved by Magistrate Judge Margaret A. Nagle. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 6 | DECLARATION RE: PASSPORT filed by Defendant Jeffrey John Rock, declaring that I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.. RE: Bond and Conditions (CR-1)5. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Margaret A. Nagle as to Defendant Jeffrey John Rock. (yca) (Entered: 09/24/2007) |
| 09/20/2007 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Jeffrey John Rock. (yca) (Entered: 09/24/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2007 13:45:44 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-mj-01572-DUTY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

S.

FILED
2007 SEP 20 AM 11:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY JT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jeffrey John Rock
PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER
CR-07-121 ML
07-1572M

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: FDA / OCI
in the ______ District of Rhode Island on 09/17/2007
at 7:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 371 545
to wit: ______

A warrant for defendant's arrest was issued by: FDA / OCI

Bond of $ Ø was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 09/20/2007, by
[signature], Deputy Clerk.

[signature]
Signature of Agent

William Crawford
Print Name of Agent

FDA / OCI
Agency

Special Agent
Title

FILED

2007 SEP 20 AM 11:53

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Jeffrey John Rock

DEFENDANT(S).

CASE NUMBER

07-1572M

CR-07-121-03ML

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 09/20/2007 7:00 ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18, 371, 545
3. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
5. Year of Birth: 1973
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): ______
8. Date detainer placed on defendant: ______
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. ______)
10. Name of Pretrial Services Officer: Duty Officer
11. Remarks (if any): ______

12. Date: 09/20/2007

13. Signature: [signature]

14. Name: William Crawford

15. Title: Special Agent

FILED

2007 SEP 20 AM 11:58

07-1572M

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JEFFREY J. ROCK
a/k/a GAVIN KANE

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-121-03ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JEFFREY J. ROCK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO FACILITATE THE SALE OF SMUGGLED GOODS
SMUGGLING GOODS INTO THE UNITED STATES
DISTRIBUTION OF HUMAN GROWTH HORMONE
DISTRIBUTION OF AN UNAPPROVED NEW DRUG

in violation of Title 18; 21 United States Code, Section(s) 371, 545, 21 333(e), 355(a), 333(a)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 19, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

SEP-19-2007 15:34 FROM: TO:949 366 4627 P.2/18

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

vs.

Jeffrey J. Rock

Defendant.

Western Division

Case Number: 2:07-MJ-01572
Initial App. Date: 09/20/2007

Out of District Affidavit
Initial App. Time: 2:00 PM

Date Filed: 09/20/2007
Violation: 18:21:371,545,2,333(c)(a)(2),355(a)
CourtSmart: CS

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Margaret A. Nagle**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Earlene Carson — *Deputy Clerk*; Derik Fetting — *Assistant U.S. Assistant*; None — *Interpreter/Language*

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [ ] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [ ] is as charged [x] is Jeffrey John Rock
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Anthony Eaglin, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: this appearance only.
- [ ] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [x] BAIL FIXED AT $ 10,000 (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [x] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
- [ ] Preliminary Hearing set for ______ at 4:30 PM ______
- [ ] PIA set for: ______ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant ______ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [x] Defendant executed Waiver of Rights. [ ] Process received.
- [x] Court ORDERS defendant Held to Answer to ______ District of Rhode Island
  - [x] Bond to transfer, if bail is posted. Defendant to report on or before 2:00pm on 10/10/07 in the Clerk's office.
  - [ ] Warrant of removal and final commitment to issue.
  - [ ] Warrant of removal and final commitment are ordered stayed until ______
- [ ] Case continued to (Date) ______ (Time) ______ AM / PM
  Type of Hearing: ______ Before Judge ______ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom ______ [ ] Judge's Courtroom ______
- [ ] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: ______
- [ ] Other: ______

[ ] PSA [ ] FINANCIAL [ ] READY

Deputy Clerk Initials EC

______ : 15

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,
v.
JEFFREY J. ROCK
Defendant/Material Witness.

CASE NUMBER: MJ 07-1572

COMPLAINT:

INDICTMENT / INFORMATION:

VIOLATION OF TITLE: 18; 21

SECTION: 371, 545, 2; 333(e), 355(a) 333(a)(2)

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☒ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 10,000
☐ APPEARANCE BOND IN THE AMOUNT OF $ ______
☐ WITH CASH DEPOSIT (AMOUNT OR %) ______
☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ ______
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ ______
☐ ADDITIONAL REQUIREMENTS: ______
☒ BAIL FIXED BY COURT ~~Clerk~~ E. Carson
Deputy Clerk

RELEASE No. ______
☐ RELEASE TO PRETRIAL ONLY
☒ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: ______
Date

☐ ALL REQUIREMENTS HAVE BEEN MET: ______
Deputy Clerk

## PRE-CONDITIONS TO RELEASE

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☒ Defendant shall submit to: [X] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the ~~Clerk of Court~~ PSA, or sign a declaration no later than, ______ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA + RI
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA. ______
☒ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ______
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

**Defendant Initials** X [signature] **Date** X 9/20/07

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**



GPO U S GOVERNMENT PRINTING OFFICE 2005-785-040

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. ROCK<br>Defendant/Material Witness. | CASE NUMBER:<br>MJ 07-1572 |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew**. You are restricted to your residence every day: [ ] from ________ to ________. [ ] as directed by PSA. [ ] **Release to PSA only**.

[ ] **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only**.

[ ] **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only**.

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: ____________________

X 9/20/07
*Date*

X [signature]
*Defendant/Material Witness' Signature*

**REDACTED**

X Camarillo Ca 93012
*City, State And Zip Code* ONLY

☐ **Check if interpreter is used**: I have interpreted into the ____________ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

*Interpreter's signature* ____________ *Date* ____________

Approved: Margaret A. Nagle
*United States District Judge / Magistrate Judge*

9/20/07
*Date*

If Cash Deposited: Receipt # ____________ For $ ____________

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY PINK- PRETRIAL SERVICES WHITE - DEFENDANT COPY



GPO U.S.GOVERNMENT PRINTING OFFICE 2005-785-040

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JEFFREY J. ROCK Defendant/Material Witness. | CASE NUMBER: MJ 07-1572 | |
| | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18; 21 | SECTION: 371, 545, 2; 333(e), 355(a) 333(a)(2) |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☒ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 10,000
☐ APPEARANCE BOND IN THE AMOUNT OF $
☐ WITH CASH DEPOSIT (AMOUNT OR %)
☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
☐ WITH DEEDING OF PROPERTY

RELEASE No. ______
☐ RELEASE TO PRETRIAL ONLY
☒ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: ______ *Date*

☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $
☐ ADDITIONAL REQUIREMENTS:
☒ BAIL FIXED BY COURT E. Carson *Deputy Clerk*
☐ ALL REQUIREMENTS HAVE BEEN MET: ______ *Deputy Clerk*

**PRE-CONDITIONS TO RELEASE**

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

**ADDITIONAL CONDITIONS OF RELEASE**

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☒ Defendant shall submit to: [X] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the ~~Clerk of Court~~ PSA, or sign a declaration no later than, ______ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA + RI
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA.
☒ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

**Defendant Initials** X [initials] **Date** X 9/20/07

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY J. ROCK<br>Defendant/Material Witness. | CASE NUMBER:<br>MJ 07-1572 |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew**. You are restricted to your residence every day: [ ] from __________ to ___________. [ ] as directed by PSA. [ ] **Release to PSA only.**

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: ______________________________________________

X 9/20/07 — *Date*

X [signature] — *Defendant/Material Witness' Signature*

**REDACTED** — *Telephone Number*

X Camarillo Ca 93012 — *City, State And Zip Code* ONLY

☐ **Check if interpreter is used:** I have interpreted into the ______________________ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

______________________ *Interpreter's signature* ______________ *Date*

Approved: Margaret A. Nagle — *United States District Judge / Magistrate Judge* 9/20/07 — *Date*

If Cash Deposited: Receipt # ____________________ For $______________

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**



GPO U.S. GOVERNMENT PRINTING OFFICE: 2005-785-040

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Jeffrey S. Rock DEFENDANT. | CASE NUMBER:<br>07-1572 M |
| | **DECLARATION RE PASSPORT** |

I, Jeffrey J. Rock *(Defendant)*, declare that

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of September, 20 07
at Los Angeles, CA *(City and state)*

[signature]
Signature of Defendant

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Jeffrey S. Rock<br>DEFENDANT. | CASE NUMBER:<br>07-1572 M<br>**WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the ___________ District of Rhode Island alleging violation of 18 USC § 371; 545; 355 (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

***-Check one only-***

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

- ☒ have an identity hearing
- ☐ receive a copy of the charges(s) against me
- ☐ have a preliminary examination
- ☒ have an identity hearing, and I have been informed that I have no right to a preliminary examination
- ☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

[signature]
Defendant

[signature]
Defense Counsel

Date: 9-20-07

Margaret A. Nagle
United States Magistrate Judge