AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 19 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JEFFREY J. ROCK
a/k/a GAVIN KANE

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-121-03ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JEFFREY J. ROCK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO FACILITATE THE SALE OF SMUGGLED GOODS
SMUGGLING GOODS INTO THE UNITED STATES
DISTRIBUTION OF HUMAN GROWTH HORMONE
DISTRIBUTION OF AN UNAPPROVED NEW DRUG

in violation of Title 18; 21 United States Code, Section(s) 371, 545, 2; 333(e), 355(a), 333(a)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 19, 2007, Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Camarillo, CA by DEA | | |
| DATE RECEIVED 09/19/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/20/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.