IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**DEFENDANT ROCK'S MOTION TO ENLARGE THE TIME IN WHICH TO FILE PRETRIAL MOTIONS**

Now comes the defendant. Jeffrey Rock, through counsel, and respectfully requests a thirty-day enlargement of time during which he may file pretrial motions. A memorandum in support of this request is attached.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F), of an additional thirty (30) days, running from November 23 through December 23, 2007. There have been no previous requests for continuances or enlargements of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATION**

I hereby certify that on the 13th day of November, 2007, I filed this Motion and Memorandum to Enlarge electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT ROCK'S MOTION TO ENLARGE THE TIME**
**IN WHICH TO FILE PRETRIAL MOTIONS**

The above-entitled matter is on the Court's December 4, 2007 trial calendar. Pretrial motions are due by November 23, 2007. A Pretrial Conference is scheduled for November 28, 2007.

Defense counsel has requested a one-month continuance to permit sufficient time to complete his review of discovery, to undertake an independent investigation of the facts, to consult with his client and to discuss the possibility of a pretrial disposition with the government.

There is a great deal of documentary discovery in this case. The material includes records of international currency transfers, domestic financial transactions, email communications and shipping records. The material is purported to be interrelated evidence of criminal activity. Examining and organizing the documents is a tedious process. However, if Mr. Rock is to have an effective defense, it must be completed properly. The work is also important because, in large part, the material relates to what is alleged to be the defendant's "relevant conduct," a critical factor were he to be sentenced following a plea or after trial.

Counsel has consulted with the Assistant United States Attorney assigned to this matter. She has authorized counsel to tell the Court that she does not object to this request.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F), of an additional thirty (30) days, running from November 23 through December 23, 2007. There have been no previous requests for continuances or enlargements of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer St.,
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 13th day of November, 2007, I filed this Motion and Memorandum to Enlarge electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien