IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**DEFENDANT ROCK'S MOTION**
**TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

Now comes the defendant. Jeffrey Rock, through counsel, and respectfully requests that impanelment in the above-entitled matter be continued until after January, 2008, and that the matter be placed on a corresponding trial calendar. Likewise, he requests that the due date for his pretrial memoranda be continued until a later time.

Counsel also requests a brief scheduling conference with the Court.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the second request for a continuance or enlargement of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien
C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

## CERTIFICATION

I hereby certify that on the 5th day of December, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ROCK'S MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

The above-entitled matter is on the Court's January trial calendar. Impanelment is scheduled for January 3, 2008. A pretrial memorandum is due on December 20, 2007.

Defense counsel recently received a one-month enlargement of the motions period (to December 24, 2007) to permit sufficient time to complete his review of discovery, undertake an independent investigation of the facts, consult with his client, and discuss the possibility of a pretrial disposition with the government.

Counsel's request for a change in the trial date has the same basis as his earlier request.

The Indictment in this case charges an international conspiracy involving illicit trafficking in human growth hormone. The alleged participants were located in at least four different countries. Based on what is alleged, the scope of the defendant's exposure, particularly in terms of co-conspirator liability (and relevant conduct), could be huge. Consequently, counsel believes that his highest priority, for purposes of both trial preparation and pretrial negotiations, is delimiting the criminal activity fairly attributed to the defendant. Doing so involves a substantial amount of work.

As indicated earlier, there is a great deal of documentary discovery in this case. The government has furnished defense counsel with records of international currency transfers, domestic financial transactions, email communications and shipping records. Following his preliminary review of the material, counsel contacted the Assistant United States Attorney, who has provided the defendant with additional material (arguably the government's work product) to assist in his analysis. Counsel anticipates that completing this work, consulting with his client and discussing a possible resolution of the case will require at least six weeks. The need for this additional time is based in part on the fact that his client resides in California, making consultation regarding voluminous financial and shipping records all the more challenging. Counsel also has a public corruption trial in Providence County Superior Court (*State v. Johnson*, P1/2002-3047) scheduled, date certain, to commence on January 9, 2008.

Counsel has requested a brief scheduling conference which he believes would be helpful in establishing a schedule that will bring this matter to a timely resolution.

Finally, counsel has consulted with the Assistant United States Attorney assigned to this matter. She has authorized counsel to tell the Court that she does not object to this request.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the second request for a continuance or enlargement of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

## CERTIFICATION

I hereby certify that on the 5th day of December, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien