IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**DEFENDANT ROCK'S ERRATA TO MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

On December 5, 2007, defendant Jeffrey J. Rock filed a Motion to Continue Impanelment and Reassign Trial Date, with accompanying Memorandum. Defendant wishes to correct a typographical error on page 4 of said Motion and Memorandum, as follows: on page 4, line 10, the case *State v.* ***Johnson*** should be changed to *State v.* ***Oster***. The case number is correct.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 6th day of December, 2007, I filed this Errata electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien