IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**DEFENDANT ROCK'S MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

Now comes the defendant. Jeffrey Rock, through counsel, and respectfully requests that impanelment in the above-entitled matter be continued an additional month, and that the matter be placed on a corresponding trial calendar. Likewise, he requests that the due date for his pretrial memoranda be continued until a later time.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the third request for a continuance or enlargement of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 13th day of February, 2008, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ROCK'S MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

The above-entitled matter is on the Court's March trial calendar. Impanelment is scheduled for March 11, 2008. A pretrial memorandum is due on February 26, 2008.

Defense counsel has requested a one-month continuance of the motions period to permit sufficient time to consult with his client regarding a possible waiver of Information and entry of plea agreement.

Counsel's request for a change in the trial date incorporates the same bases as his earlier request. In addition, counsel requests a continuance of the trial date for the following reasons:

(1) Counsel is currently engaged in a trial in the Providence County Superior Court in the case of *State of Rhode Island v. Jonathan Oster,* P1/02-3047A. The trial commenced on January 18, 2008 and is expected to run through February 22, 2008.

(2) The defendant resides in California and, due to counsel's trial schedule, has not been able to meet with counsel to complete a review of financial records which have a bearing on a possible resolution of this matter.

(3) Counsel will be out of the country and is court-excused during the period from March 12, 2008 through March 25, 2008.

Counsel has consulted with the Assistant United States Attorney assigned to this matter and she joins in this request for a continuance.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the second request for a continuance or enlargement of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 13th day of February, 2008, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien