IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**DEFENDANT ROCK'S MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

Now comes the defendant. Jeffrey Rock, through counsel, and respectfully requests that impanelment in the above-entitled matter be continued an additional month, and that the matter be placed on a corresponding trial calendar. Likewise, he requests that the due date for his pretrial memoranda be continued until a later time. The prosecutor in this matter has authorized counsel to inform the Court that she joins in this request.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the third request for a continuance or enlargement of the trial date in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 10th day of March, 2008, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 07-121-01ML (3) |
| vs. | : | |
| | : | |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ROCK'S MOTION TO CONTINUE IMPANELMENT AND REASSIGN TRIAL DATE**

The above-entitled matter is on the Court's March trial calendar. Impanelment is scheduled for April 3, 2008. A pretrial memorandum is due on March 20, 2008.

Defense counsel has requested a one-month continuance of the motions period to permit sufficient time to complete preparation of an Information and the entry of a Plea Agreement.

Counsel's request for a change in the trial date incorporates the same bases as his earlier request. In addition, counsel requests a continuance of the trial date for the following reasons:

(1) The parties have agreed to an Information in all particulars but one. The Information will replace the charges brought against the defendant in the above referenced indictment. The one outstanding issue is the total dollar amount to be alleged in two forfeiture counts. Both the government and the defendant have agreed that working that figure out requires access to detailed information from the bank in Nicosia, Cyprus that handled a number of defendant's financial transactions. The defendant has requested the material from the bank and also authorized the bank to provide the information directly to the government. The prosecutor believes that she may be able to expedite securing the information by using channels available to the government.

(2) The parties have worked out a Plea Agreement which will be executed and filed as soon as the Information is complete.

(3) Counsel will be out of the country and is court-excused during the period from March 12, 2008 through March 25, 2008.

The Assistant United States Attorney assigned to this matter has authorized counsel to state that she joins in this request for a continuance.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161(h)(1)(F). The defendant acknowledges that such time would run until the date of trial. This is the third request for a continuance or enlargement of time in this case.

Respectfully submitted,

JEFFREY J. ROCK
By his Attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN (RI Bar # 1886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 10th day of March, 2008, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Adi Goldstein
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

/s/ C. Leonard O'Brien